IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : No. 15-127 |
| KENNETH DANIELS | : |

## ORDER

**AND NOW**, this **12th** day of **August 2020**, upon consideration of Kenneth Daniels's *Pro Se* Motion for Modification of Sentence, the Government's response, and for the reasons provided in this Court's Memorandum dated August 12, 2020, it is **ORDERED** that:

1. The motion (Document No. 90) is **DENIED without prejudice**.

2. Daniel's *Pro Se* Emergency Motion for Reduction of Sentence (Document No. 98) is **DENIED**.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**