IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO.   15-127-1 |
| | : | |
| KENNETH DANIELS | : | |

## **O R D E R**

AND NOW, this 12th day of August, 2020, upon request of the United States of America for a one-week extension of time to submit its response to defendant's Motion to Vacate/Set Aside/Correct Sentence (Doc. 87), IT IS HEREBY ORDERED that the request is GRANTED. The Government shall file their response no later than August 21, 2020.

BY THE COURT:

/s/Jacob P. Hart

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE