IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 15-127
)
KENNETH DANIELS )
)

## NOTICE TO COURT OF APPEALS OF DISTRICT COURTS RULING OF DENIAL OF RECONSIDERATION OF COMPASSIONATE RELEASE

As required under Federal Rule of Appellate Procedure 3(c) Notice is hereby issued that Petitioner, Pro Se, hereby appeals to the Third Circuit Court of Appeals from the final judgement denying Motion for Reconsideration of Compassionate Release, and all of the pleadings thereto, ENTERED FOR RECORD in the above action on 7th Day of September, 2022.

*/s/ Kenneth Daniels*

Kenneth Daniels 72055-066
Federal Correctional Institution Ashland
P.O. Box 6001
Ashland, KY. 41105



72053-066
Kenneth Daniels.
Federal Correctional Insitutition Ashland-Low
P.O. Box 6001
Ashland Ky 41105

Office of The Clerk
United States District Court
Philadelphia, PA
19106