IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
|  | : |  |
| v. | : | NO. 15-127 |
|  | : |  |
| KENNETH DANIELS | : |  |

## ORDER

**AND NOW**, this 18th day of June 2024, upon considering Defendant's Motion for compassionate release (ECF No. 135) based on his medical condition and his Motion to appoint counsel (ECF No. 133), finding no basis for compassionate release based on medical condition, appointment of counsel would be futile based on medical condition, and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. We **DENY** without prejudice Defendant's:

    a. Motion for compassionate release (ECF No. 135);

    b. Motion to appoint counsel (ECF No. 133); and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**