# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 15-127 |
| | : | |
| KENNETH DANIELS | : | |

## ORDER

**AND NOW**, this 27th day of November 2024, upon considering Defendant's pro se Motion to vacate his sentence under 28 U.S.C. § 2255 (ECF 145), for reasons in today's accompanying Memorandum, and for good cause, it is **ORDERED** we:

1. **DISMISS** and **DENY** the Petition for habeas relief (ECF 145);

2. **FIND** no need for an evidentiary hearing or a certificate of appealability; and,

3. **DIRECT** Clerk of Court **close** this case.

**KEARNEY, J.**